IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR3014 |
| v. | ) | |
| JOHN J. FELLERS, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 102 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 102 from the record. The party has re-filed the correct document.

DATED this 28th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court